**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 22, 2024

Thomas K. Conerty
Shaina Ward

               Re:  Case No. 24-3051, *NRSC, et al. v. FEC, et al.*
                     Originating Case No.: 1:22-cv-00639

Dear Counsel,

   This appeal has been docketed as case number **24-3051** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **February 5, 2023**. For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:   Appearance of Counsel
                             Disclosure of Corporate Affiliations (if applicable)
                             Application for Admission to 6th Circuit Bar (if applicable)

                Appellee:   Appearance of Counsel
                               Disclosure of Corporate Affiliations (if applicable)
                             Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.

    The Clerk's office will send the parties additional information on briefing and oral argument as soon as it has completed its initial screening and review.

    If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

    Sincerely yours,

    S/ Patricia J. Elder
    Senior Case Manager
    Direct Dial No. 513-564-7034

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-3051**

NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; JAMES D. VANCE, Senator; STEVE CHABOT, former Representative

      Plaintiffs - Appellants

   v.

FEDERAL ELECTION COMMISSION; ALLEN J. DICKERSON, in his official capacity as a Commissioner and the Chair of the Federal Election Commission; DARA LINDENBAUM, in her official capacity as a Commissioner and the Vice Chair of the Federal Election Commission; SHANA M. BROUSSARD, in her official capacity as a Commissioner of the Federal Election Commission; SEAN J. COOKSEY, in his official capacity as a Commissioner of the Federal Election Commission; JAMES E. TRAINOR, III, in his official capacity as a Commissioner of the Federal Election Commission; ELLEN L. WEINTRAUB, in her official capacity as a Commissioner of the Federal Election Commission

      Defendants – Appellees